**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>STILLWATER ASSET BACKED OFFSHORE FUND LTD.,<br><br>                                      Debtor. | Chapter 11<br><br>Case No. 12-14140 (MEW) |
| Stillwater Liquidating LLC<br>                          Plaintiffs,<br>      -against-<br><br>Net Five at Palm Pointe, LLC; Net Five Holdings LLC; Planet Five Development Group LLC; Net Five South Beach LLC; Net Five at Kings Hotel LLC; Net Five at Hallandate LLC; Boggy Creek Villas, LLC; Net Five East Lyme, LLC; Net Five-FDA at Islamorada, LLC; 1888 Boggy Creek Road, LLC; Planet Five at Gerova LLC; Paul Rohan; Eric Halter; Paradigm Credit Corporation; Saunders Capital LLC; Calhoun Commercial Construction LLC; Judge Street Realty LLC; SFN Dekalb Holdings LLC; Memphis Blues Acquisition Group, LLC; Shreeji Hospitality of Charlotte, LLC; Redrock Kings, LLC; John R. and Yvette Daniel III; Stephen J. and Vicki McDonald; CL RP Stonecrest LLC; 335 Washington Avenue – Miami Beach LLC; 347 Washington Avenue – Miami Beach LLC; and Alma Bank.<br>                                Defendants.<br><br>Gerova Financial Group Ltd.<br>                            Nominal Defendant. | Adv. Pro. No. 14-02245<br><br><br>BC 17,0109 |

## JUDGMENT

This Court, having entered its May 10, 2017 Order Regarding Document Production and Imposing Sanctions [Dkt. No. 428] (the "May Sanctions Order"), ordering that Defendant Paul Rohan pay Plaintiff Stillwater Liquidating, LLC its costs and attorneys' fees incurred in connection with his willful destruction of subpoenaed documents, and further entering its July 21, 2017 Order Directing Payment of Attorneys' Fees and Expenses as a Partial Sanction for Willful Document

Destruction [Dkt. No. 430] (the "July Sanctions Order" and collectively with the May Sanctions Order, the "Sanctions Orders"), and no appeals having been filed as to the Sanctions Orders, and such Sanctions Orders now having become final and non-appealable, and it appearing that there is no just reason for delay in entering judgment and permitting immediate enforcement as to the monetary sanctions the Court has awarded, it is hereby

ORDERED that:

1.  Judgment is entered against Defendant Paul Rohan and in favor of Plaintiff Stillwater Liquidating, LLC in the amount of $80,000.00, $6,938.14 of which shall be considered reimbursement of costs and the remainder of which shall be considered a reimbursement of attorneys' fees.

2.  In accordance with Fed. R. Bank. P. 7054(a), which incorporates Fed. R. Civ. P. 54(b), there is no just reason for the delay of the entry of this Judgment.

Dated: November 16, 2017

/s/ **Michael E. Wiles**
Honorable Michael E. Wiles
United States Bankruptcy Court Judge